```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 57824
   JESSIE JAMES FORD
   GERALDINE FORD                              CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3467      SSN XXX-XX-4042

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 01/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/05/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
-----------------------------------------------------------------------
EMIGRANT MORTGAGE CO       MORTGAGE ARRE    5775.00          .00      5775.00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED         .00          .00
EMIGRANT MORTGAGE CO       CURRENT MORTG        .00          .00          .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED         .00          .00
DAIMLER CHRYSLER SERVICE   UNSEC W/INTER   11176.25       961.10     11176.25
ACCOUNTS RECEIVABLE MANA   NOTICE ONLY     NOT FILED         .00          .00
NUVELL CREDIT CO LLC       UNSEC W/INTER    2477.86       213.06      2477.86
NATIONAL ASSET RECOVERY    NOTICE ONLY     NOT FILED         .00          .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    6659.49       572.71      6659.49
CHASE HOME FINANCE LLC     SECURED NOT I        .00          .00          .00
JENNIFER A BLANC DOUGE     DEBTOR ATTY      1,970.50                  1,970.50
TOM VAUGHN                 TRUSTEE                                    1,996.16
DEBTOR REFUND              REFUND                                       432.43

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               32,234.56

PRIORITY                                         .00
SECURED                                      5,775.00
UNSECURED                                   20,313.60
    INTEREST                                 1,746.87
ADMINISTRATIVE                               1,970.50
TRUSTEE COMPENSATION                         1,996.16
DEBTOR REFUND                                  432.43
                    ---------------       ---------------
TOTALS                32,234.56             32,234.56
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 57824 JESSIE JAMES FORD & GERALDINE FORD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 01/28/08                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```